**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WINTICE GROUP, INC, a California corporation,

    Plaintiff,

v.

DESTINY LONGLEG, an individual, and DAVID HORTON, an individual,

    Defendants.

No. C 10-80091 CRB

**ORDER GRANTING DEFENDANTS' MOTION TO DISSOLVE THE TRO**

On July 6, 2010, this Court granted Plaintiff's request for a temporary restraining order requiring Verisign to place Defendants' domain names on registry lock status until the Court ruled on Plaintiff's Motion to Appoint a Receiver. Plaintiff has now withdrawn that motion. *See* Notice of Withdrawal of Motion to Appoint Receiver (Dkt. No. 12). Accordingly, the Court GRANTS Defendants' Motion to Dissolve the TRO.

**IT IS SO ORDERED.**

Dated: July 15, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\80091\Order re Dissolution of TRO.wpd